**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KENNETH RAY PITTS** **PLAINTIFF**
ADC #085938

**v.** **CASE NO. 2:26-CV-00114-BSM**

**SOUTHERN, *et al.*** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2026.

UNITED STATES DISTRICT JUDGE